UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Action No. 7: 15-019-DCR |
| V. | ) | |
| RANDALL CRAIG CARTER, | ) | **MEMORANDUM ORDER** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of Defendant Randall Craig Carter's *pro se* motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines. [Record No. 271] The defendant pled guilty to conspiring to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. 841(a)(1) and 846. [Record No. 146] The Court subsequently sentenced Defendant Carter to 240 months' imprisonment, the minimum statutory punishment for his crime. [*See* Record Nos. 90; 237, pp. 21, 27.]

Amendment 782 amends the United States Sentencing Guidelines and, therefore, only affects sentences based on the guidelines. Carter is not eligible for a reduction under Amendment 782 because the Court sentenced him based on a mandatory minimum established by statute, not by the guidelines. Accordingly, it is hereby

**ORDERED** that Defendant Randall Craig Carter's motion for a sentence reduction [Record No. 271] is **DENIED**.

This 12th day of December, 2017.



Signed By:
Danny C. Reeves    DCR
United States District Judge